IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEVELL WILLIAMS,

                Plaintiff,

v.

GARY BOUGHTON and DAVID EWING,

                Defendants.

ORDER

17-cv-794-wmc

*Pro se* plaintiff Jevell Williams, an inmate at Stanley Correctional Institution, is proceeding in this lawsuit on a Fourteenth Amendment claim based on his right to marry against defendants Gary Boughton and David Ewing. On January 31, 2020, defendants filed a motion for summary judgment. (Dkt. #18.) The court set March 2, 2020, as Williams' opposition deadline and in a subsequent order denying Williams' motion for recruitment of counsel, the court extended the deadline to March 27, 2020 (dkt. #26). However, that deadline has passed, and Williams has neither filed an opposition nor sought an extension of time to oppose defendants' motion. The court will give Williams one more opportunity to respond to defendants' motion: he now has until **April 27, 2020,** to file an opposition to defendants' motion for summary judgment. If he fails to respond by that deadline, the court will dismiss this lawsuit with prejudice for Williams' failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

ORDER

Accordingly, IT IS ORDERED that plaintiff Jevell Williams may have until **April 27, 2020,** to file a response to defendants' motion for summary judgment. **If Williams does not file a response by that deadline, the court will dismiss this lawsuit with**

**prejudice for plaintiff's failure to prosecute.**

Dated this 6th day of April, 2020.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge