IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEVELL WILLIAMS,

    Plaintiff,

    v.

Case No. 17-cv-794-wmc

GARY BOUGHTON AND DAVID EWING,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/12/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |